19   CV1393

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

*FILED OCT 15 2019 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURTS
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.   Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Denise Edmond (Proxy)
STEVEN EDMOND JR

-vs-

**B.   Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. NEW York State Department of Correction
2. V. Lack
3. Bakowski
4. Parole officer #323
5. Medical Director Orlean Correction
6. Superintendent Orlean Correction

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: STEVEN EDMOND JR; Civil rights has been violated by the parties named in this court filing

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: WE picked this Venue because this is where Steven Edmond reside and birth place

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Excessive force - 4th Amendment; Cruel and Inhuman treatment 8th Amendment; Failure to Diagnose and treat 8th and 14th Amendment; Failure to Supervise knowing diagnose of Bi-polar schizophrenia, paranoia delusion.

4. Defendant: New York State Department of Correction

Official Position: jane Doe

Address of Defendant: 1220 Washington Ave #9, Albany NY 12226

5. Defendant: jane Doe

Official position of defendant: Medical director of Orleans correctional facility

Address of defendant: 3531 Gaines basin Rd, Albion NY 14411

6. Defendant: jane Doe

Official position of defendant: superintendent of Orleans Correctional facility

Address: 3531 Gaines basin rd., Albion NY 14411

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Denise Edmond (Proxy)
Present Address: 102 Herbert St
Cheektowaga ny 14225

Name of Second Plaintiff: Steven Edmond
Present Address: 102 Herberts
Cheektowaga ny 14225

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: V. Lack  as of 2/6/19
Official Position of Defendant (if relevant): Offender Rehabilitation Coordinator
Address of Defendant: 3531 Gaines Basin Rd Albion ny 14411
Orlean Correctional Facility.

Name of Second Defendant: Bakowski
Official Position of Defendant (if relevant): Supervising offender rehabilitation coordinator
Address of Defendant: Orlean Correctional Facility
3531 B Gaines Basin Rd Albion ny 14411

Name of Third Defendant: Parole officer #323
Official Position of Defendant (if relevant): Parole officer
Address of Defendant: 110 E Fourth St
Jamestown ny 14701

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes____  No _X_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

2

Defendant(s): _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket or Index Number: _____
4. Name of Judge to whom case was assigned: _____
5. The approximate date the action was filed: _____
6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved. _____

    Disposition (check those statements which apply):

    ____ Dismissed (check the statement which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff
        ____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) 2/6/2019 ,
defendant (*give the name and (if relevant) the position held of each defendant involved in this incident*) _____

V. Lock filled out paper for STEVEN EDMOND Leaving out how Savera Staven EDmond mental Health is (Knowing) because of mental Health Status he was not able to Consent.

did the following to me (*briefly state what each defendant named above did*): V. Lack by Not labeling Steven Edmond mental Health Status Correctly Stavan was not eligible or/was not linked to any outside source. V. Lack was aware of Steven hospilatization for Bi polar schizophrenia paranoia, delusion from ECMC on Oct 18, 2018, still didn't seek outside avocate.

The federal basis for this claim is: Cruel and Inhuman treatment 8th Amendment Failure to Diagnose and treat Bipolar Schizophrenia paranoia 5th + 14th Amendment

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I would like the Courts give Steven some relief from parole or give him a Chance with outside avocate a Chance to help him successful be successful on parole. I would like the court to reward pain and suffering

**B. SECOND CLAIM:** On (*date of the incident*) FEB 6, 2019,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Bakowski Knowing Stavan Edmond Medical Diagnose, Co Signed that Stavan was able to Consant to his Conditions

did the following to me (*briefly state what each defendant named above did*): by not linking up with any outside source in the mental Hygiene Community Bakowski denied Steven the right to get help from any outside resource and family to help him thru this illness

The federal basis for this claim is: Cruel and inhuman treatment 8th Amendment Failure to Diagnose and treat Bipolar Schizophrenia paranoia 5th + 14th Amendment

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I would like the Courts to find some relief for Steven with Parole, also would like the Courts to look at Pain and Suffering

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

Third claim: Parole Office #323

On date: 2/8/2019

Defendant: parole officer #323

Steven Edmond was made to sign consent forms, knowing his diagnose. Then told he can't come home to buffalo and place in a hotel room in Dunkirk NY and told report in Brockport another miles apart in catatonic state away from family and friend. Where I found Steven was wondering around in this catatonic state,

Federal basis for this claim: failure to supervise knowing Bi-polar schizophrenia paranoia delusion 8th, 14Th amendment

I would like the court to give Steven some relief from parole or give Steven a chance to be successful on this program by allowing friends, family and mental health that are there waiting and ready to help

Fourth claim:

On Date: Oct 18, 2019

Defendant: jane Doe

Position of defendant: Medical Director of Orleans correctional facility

Steven Edmond was hospitalize at two hospital (medina, ECMC) for a change in mental status, the family or mental hygiene was not notify about this which allow Olean correction facility cover to do what they please with Stevens mental status knowing that he is not able to speak for himself, when Steven came from ecmc, the correction facility decide to keep Steven in solitary confinement for two months, where they didn't allow anyone to see Steven, denied Steven mental health evaluation from outside source once him came from the hospital

Federal basis for this claim: failure to diagnose and treat bipolar schizophrenia paranoia delusion 8th Amendment and 14th Amendment, failure supervise knowing illness 8th and 14th Amendment

I would the court to find some type of relief for Steven Edmond from parole or allowing him to success with the help from friends and family or an advocate form mental health, also would like the courts to look at pain and suffering

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I would like the Courts to look at the Civil right Violation that Orlean Correctional Facility broke against Steven Edmond and To get him some relief from parole. I would like the Courts to look at pain and Suffering

Do you want a **jury trial**? Yes _X_ No ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  Oct 15, 2019
               (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Denise Edmond (Proxy)
Steven Edmond Jr

Signature(s) of Plaintiff(s)

5

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

19 CV1393v

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Denise Edmond
Steven Edmond

**DEFENDANTS** U. Lack, Bakowski, Parole officer #323
Medical Director
Superindent   NYS Department of Correction

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
4th  8th  14th  Amendment

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE  Pro-SE   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____